IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CHRISTOPHER MICHAEL FISHER                                    PLAINTIFF

      v.        Civil No. 04-5126

SHERIFF KEITH FERGUSON and
NURSE SUE McDONALD                                            DEFENDANTS

**ORDER**

NOW on this 23d day of December 2005, comes on for consideration the Magistrate Judge's Report and Recommendation (document #23), filed on November 22, 2005, and the Court, being well and sufficiently advised that there has been no objection, finds that the Report and Recommendation should be, and it hereby is, **adopted *in toto*** .

**IT IS THEREFORE ORDERED** that, for the reasons set forth therein, the **Magistrate Judge's Report And Recommendation** is **adopted *in toto*** .  Accordingly, defendants' motion for summary judgment (document #18) is **granted** and this action is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE